# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **SHARON BLACKSHIRE,** AND ALL OTHERS SIMILARLY SITUATED UNDER 29 USC 216(B),<br><br>        Plaintiff,<br><br>v.<br><br>**SINCERE CLIENT CARE SERVICES, LLC AND ANDREA BAXTER,** INDIVIDUALLY<br><br>        Defendants. | CIVIL ACTION NO. 5:19-cv-00193<br><br><br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AND ENTRY OF STIPULATED JUDGMENT DISMISSING CASE

Plaintiff, Sharon Blackshire, and Defendants, Sincere Client Care Services, LLC, and Andrea Baxter, appearing through their respective counsel, jointly move the Court for entry of the attached Order approving the settlement reached by the Parties in this case and dismissing the case with prejudice. In support of their Joint Motion, the Parties state as follows:

1. The lawsuit was filed by Plaintiff alleging, among other things, that the Defendants had violated the Fair Labor Standards Act, 29 U.S.C. §201 *et seq*. Specifically, Plaintiff alleged that Defendants failed to pay Plaintiff overtime premium for time worked over 40 hours in a workweek.

2. The United States Department of Labor, Wage Hour Division ("DOL") had already initiated an investigation of Defendants, but Plaintiff and Defendants had not reached a resolution through the DOL.

3. The Plaintiff and Defendants have entered into a written Confidential Settlement Agreement ("Settlement Agreement", filed separately under seal but attached hereto as Exhibit A) that provides for monetary payments Plaintiff in an amount inclusive of her costs and attorney's fees and on terms that fully, finally, and completely resolve Plaintiff's claims against Defendants. The Settlement Agreement sets forth, in detail, the confidential terms of settlement agreed upon by the Parties.

4. Settlements of FLSA claims will be approved if they are fair and reasonable. *See, e.g., Collins v. Sanderson Farms, Inc.*, 568 F. Supp. 2d 714, 719 (E.D. La. 2008).

5. The Settlement Agreement entered into by the Parties is a fair and reasonable settlement of the Plaintiff's claims. The Settlement Agreement is the culmination of extensive negotiations between the Parties to resolve this matter. The eventual settlement figure agreed upon by the Parties bears a reasonable and fair relationship to the amounts alleged by Plaintiff to be owed to her in this matter, and also takes into consideration the inevitable risks of litigation, disputed factual issues regarding both liability and damages, and the defenses raised by Defendants.

6. The settlement was negotiated at arm's length by experienced counsel concerning bona fide disputes between their clients with respect to liability and the amount allegedly due under the FLSA.

7. Factors indicating fairness are present, including the fact that the Parties thoroughly investigated the issues; that the Parties conserved substantial time and expense that would have been required had the case gone to trial; and that, by settling, each Plaintiff is assured of a reasonable recovery on his claims, thereby avoiding the uncertainties associated with further litigation.

8. Plaintiff authorized each stage of negotiations and has agreed to the Settlement Agreement and believes that it is fair and reasonable.

9. The Parties have agreed that the terms of the Settlement Agreement are to remain confidential. Accordingly, the Parties have presented the Settlement Agreement to the Court under seal. A proposed order accompanies this Joint Motion.

10. This case was never certified as a collective action. The Defendants have already resolved most other timely claims through the Department of Labor.

WHEREFORE, the Parties respectfully request that the Court enter the attached order granting this Joint Motion for Approval of Settlement and Entry of Stipulated Judgment Dismissing Case.

[Signature block on next page.]

Respectfully submitted,

DOWNER, JONES, MARINO & WILHITE, LLC

By: _____S/ Pamela R. Jones_____
Pamela R. Jones, (Bar Roll No. 19640)

American Tower
401 Market Street, Suite 1250
Shreveport, Louisiana 71101
Telephone: (318) 213-4444
Facsimile: (318) 213-4445
Email: pjones@dhw-law.com

ATTORNEYS FOR DEFENDANTS

**and**

_____s/ Shane McGuire_____
**M. SHANE MCGUIRE***
Texas Bar No. 24055940
THE MCGUIRE FIRM, PC
102 N. College Avenue, Suite 301
Tyler, Texas 75702
903.630.7154 phone
903.630.7173 fax
shane@mcguirefirm.com
katrina@mcguirefirm.com
*Admitted to this Court *pro hac vice*
**ATTORNEY FOR PLAINTIFF**