# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **SHARON BLACKSHIRE,** AND ALL OTHERS SIMILARLY SITUATED UNDER 29 USC 216(B), <br><br> Plaintiff, <br><br> **v.** <br><br> **SINCERE CLIENT CARE SERVICES, LLC AND ANDREA BAXTER,** INDIVIDUALLY <br><br> Defendants. | CIVIL ACTION NO. 5:19-cv-00193 <br><br><br><br><br><br><br><br> JURY TRIAL DEMANDED |

## AMENDED JOINT MOTION FOR APPROVAL OF SETTLEMENT AND ENTRY OF STIPULATED JUDGMENT DISMISSING CASE

Plaintiff, Sharon Blackshire, and Defendants, Sincere Client Care Services, LLC, and Andrea Baxter, appearing through their respective counsel, jointly move the Court for entry of the attached Order approving the settlement reached by the Parties in this case and dismissing the case with prejudice. In support of their Joint Motion, the Parties state as follows:

1. The lawsuit was filed by Plaintiff alleging, among other things, that the Defendants had violated the Fair Labor Standards Act, 29 U.S.C. §201 *et seq*. Specifically, Plaintiff alleged that Defendants failed to pay Plaintiff overtime premium for time worked over 40 hours in a workweek.

2. The United States Department of Labor, Wage Hour Division ("DOL") had already initiated an investigation of Defendants, but Plaintiff and Defendants had not reached a resolution through the DOL.

3. The Plaintiff and Defendants have entered into a written Settlement Agreement ("Settlement Agreement," attached hereto as **Exhibit A**) that provides for monetary payments Plaintiff in an amount inclusive of her costs and attorney's fees and on terms that fully, finally, and completely resolve Plaintiff's claims against Defendants. The Settlement Agreement sets forth, in detail, the confidential terms of settlement agreed upon by the Parties.

4. Settlements of FLSA claims will be approved if they are fair and reasonable. *See, e.g., Collins v. Sanderson Farms, Inc.*, 568 F. Supp. 2d 714, 719 (E.D. La. 2008).

5. The Settlement Agreement entered into by the Parties is a fair and reasonable settlement of the Plaintiff's claims. The Settlement Agreement is the culmination of extensive negotiations between the Parties to resolve this matter. The eventual settlement figure agreed upon by the Parties bears a reasonable and fair relationship to the amounts alleged by Plaintiff to be owed to her in this matter, and also takes into consideration the inevitable risks of litigation, disputed factual issues regarding both liability and damages, and the defenses raised by Defendants.

6. The settlement was negotiated at arm's length by experienced counsel concerning bona fide disputes between their clients with respect to liability and the amount allegedly due under the FLSA.

7. Factors indicating fairness are present, including the fact that the Parties thoroughly investigated the issues; that the Parties conserved substantial time and expense that would have been required had the case gone to trial; and that, by settling, each Plaintiff is assured of a reasonable recovery on his claims, thereby avoiding the uncertainties associated with further litigation.

8. Plaintiff authorized each stage of negotiations and has agreed to the Settlement Agreement and believes that it is fair and reasonable.

9. Previously, the Parties had agreed that the terms of the Settlement Agreement were to remain confidential. However, the Parties now agree that such confidentiality is no longer necessary and confidentiality is **not** contemplated by the current agreement. This Amended Motion is intended to replace the similar Motion (filed as Document 30) and is intended to render moot the Motion to File Document Under Seal (filed as Document 31).

10. This case was never certified as a collective action. The Defendants have already resolved most other timely claims through the Department of Labor.

WHEREFORE, the Parties respectfully request that the Court enter the attached order granting this Amended Joint Motion for Approval of Settlement and Entry of Stipulated Judgment Dismissing Case.

[Signature block on next page.]

Respectfully submitted,

DOWNER, JONES, MARINO & WILHITE, LLC

By:     S/ Pamela R. Jones
Pamela R. Jones, (Bar Roll No. 19640)

American Tower
401 Market Street, Suite 1250
Shreveport, Louisiana 71101
Telephone: (318) 213-4444
Facsimile: (318) 213-4445
Email: pjones@dhw-law.com

ATTORNEYS FOR DEFENDANTS

**and**


/s/ Sarah Giglio
**SARAH GIGLIO**
*LOCAL COUNSEL*
Louisiana Bar No. 36272
**GILMER & GIGLIO, LLC**
3541 Youree Drive
Shreveport, Louisiana 71105
(318) 459-9111
(318) 602-4716 Fax
sarah@gilmergiglio.com


    s/ Shane McGuire
**M. SHANE MCGUIRE***
Texas Bar No. 24055940
**THE MCGUIRE FIRM, PC**
102 N. College Avenue, Suite 301
Tyler, Texas 75702
903.630.7154 phone
903.630.7173 fax
shane@mcguirefirm.com
katrina@mcguirefirm.com
*Admitted to this Court *pro hac vice*
**ATTORNEYS FOR PLAINTIFF**