IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **SHARON BLACKSHIRE,** AND ALL OTHERS SIMILARLY SITUATED UNDER 29 USC 216(B), <br><br> Plaintiff, <br><br> v. <br><br> **SINCERE CLIENT CARE SERVICES, LLC AND ANDREA BAXTER,** INDIVIDUALLY <br><br> Defendants. | **CIVIL ACTION NO. 5:19-cv-00193** <br><br><br><br><br><br><br><br> **JURY TRIAL DEMANDED** |

ORDER APPROVING SETTLEMENT
AND
FINAL JUDGMENT

**ON THIS DAY** came Plaintiff, Sharon Blackshire, and Defendants, Sincere Client Care Services, LLC, and Andrea Baxter, appearing through their respective counsel, with their Amended Joint Motion for Approval of Settlement and Entry of Stipulated Judgment Dismissing Case. Having read the papers on file and noting that the parties have reached an agreement settling this matter, the Court is of the opinion that the parties' joint motion should be **GRANTED**. The Court specifically finds that the parties' Settlement Agreement is a fair and reasonable resolution of a bona fide dispute, considering the inevitable risks of litigation, disputed factual issues regarding both liability and damages, and the defenses raised by Defendants. Therefore, the Court **APPROVES** the parties' Settlement Agreement.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Defendants shall perform their obligations pursuant to the Settlement Agreement on file in the papers of

this Court and that all claims of Plaintiff Sharon Blackshire are hereby **DISMISSED with prejudice**. All other pending motions are **DENIED as moot**. The conference set for October 6, 2020 is **UPSET**.

All relief not granted herein is denied. This is a Final Judgment of the Court that finally disposes of all parties and claims. However, this Court retains jurisdiction to enforce the parties' Settlement Agreement.

**SIGNED** this 1st day of October, 2020.

_____
**ELIZABETH ERNY FOOTE**
**UNITED STATES DISTRICT JUDGE**